IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KHONH SENGSIRIVANH                                            PLAINTIFF

vs.                          Civil No. 2:16-cv-02195

NANCY A. BERRYHILL                                         DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 17th day of July 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                           /s/ Barry A. Bryant
                                                           HON. BARRY A. BRYANT
                                                           U. S. MAGISTRATE JUDGE